**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-2-26

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case nos.: 18-cv-10073; 18-cv-10080; 18-cv-10069; 18-cv-10070; 18-cv-10028; 18-cv-10071; 18-cv-10031; 18-cv-10030; 18-cv-10063; 18-cv-10074; 18-cv-10032; 18-cv-10076; 18-cv-10035; 18-cv-10036; 18-cv-10039; 18-cv-10064; 18-cv-10049-LAK; 18-cv-10077; 18-cv-10065; 18-cv-10060; 18-cv-10096; 18-cv-10061-LAK; 18-cv-10082; 18-cv-10083; 18-cv-10086; 18-cv-10066; 18-cv-10062.

MASTER DOCKET

18-md-2865 (LAK)

## ~~(PROPOSED)~~ CONSENT JUDGMENT

WHEREAS, plaintiff Skatteforvaltningen ("SKAT") commenced the above-captioned actions (collectively, the "Actions") against defendants Matthew Tucci ("Tucci"), FiftyEightSixty LLC Solo 401K Plan, OneZeroFive LLC Solo 401K Plan, The Beech Tree Partners 401K Plan, The Blackbird 401K Plan, The Cardinal Consulting Pension Plan, The Chambers Property Management LLC 401K Plan, The Crow Associates Pension Plan, The Egret Associates LLC 401K Plan, The Everything Clean LLC 401K Plan, The Hawk Group Pension Plan, The Heron Advisors Pension Plan, The Hibiscus Partners LLC 401K Plan, The Hoboken Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The Jump Group LLC 401K Plan, The Lakeview Advisors 401K Plan, The Maple Advisors LLC 401K Plan, The Oaks Group Pension Plan, The Osprey Assocs. LLC 401K Plan, The Robin Daniel Pension Plan, The Sandpiper Pension Plan, The Sea Bright Advisors LLC

401K Plan, The Tag Realty Advisors LLC 401K Plan, The Throckmorton Advisors 401K Plan, The Wave Maven LLC 401K Plan, and The Zen Training LLC 401(K) Plan (collectively, the "Tucci Plans," and with Tucci, "Defendants") or amended its complaints in these Actions to assert claims against Defendants;

WHEREAS, SKAT and Defendants now wish to resolve all claims SKAT asserted in the Actions against Defendants;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon Defendants' consent, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1. A Stipulation between SKAT and Tucci was entered into on January 27, 2026, that resolved all claims SKAT asserted in the Actions against Defendants. In consideration of the releases and other agreements between SKAT and Defendants in the Stipulation, Defendants knowingly, voluntarily and intelligently executed this Consent Judgment.

2. This Consent Judgment is hereby entered in favor of plaintiff SKAT against Defendants, each in their individual capacity, in the amount of nine million, four hundred and thirty-five thousand, thirty dollars and ten cents ($9,435,030.10).

3. Defendants expressly waive any and all defenses, claims, counterclaims, and exemptions which might otherwise form the basis of objection to entry and enforcement of this Consent Judgment.

3

4.  This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Consent Judgment, and to adjudicate any and all claims and disputes thereunder.

Dated: New York, New York
      January 27, 2026

By:___*/s/ Marc A. Weinstein*_____
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By:_____
    Matthew Tucci, on behalf of himself and
    the Tucci Plans

The Clerk shall close each of the 27 cv cases listed in the caption.

SO ORDERED:

_____
    Lewis A. Kaplan
    United States District Judge

2/8/26

3

4.  This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms

of the Consent Judgment, and to adjudicate any and all claims and disputes thereunder.


Dated: New York, New York
       January __, 2026


By:_____
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*


By:_____
    Matthew Tucci, on behalf of himself and
    the Tucci Plans


SO ORDERED:


_____
    Lewis A. Kaplan
    United States District Judge